FILED
September 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002958644

Law Offices of Peter L. Fear
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California  93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for Debtor SAR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 10-19022-A-12 |
| SOCHEATH SAR;<br>  NAY MENG, | Chapter 12 |
| | D.C. No. PLF-2 |
| Debtor(s). | Date:   November 23, 2010<br>Time:   10:00 AM<br>Place:  Dept. A, Ctrm. 11, 5th Floor<br>           United States Courthouse<br>           2500 Tulare St., Fresno, California |
| Address:<br>1348 W. North Ave.<br>Fresno, CA  93706 | Judge: Hon. Whitney Rimel |

**MOTION TO CONFIRM CHAPTER 12 PLAN**

The Debtor hereby moves for entry of an order confirming Debtor's Chapter 12 Plan ("Plan"). This Motion is based on the Plan filed herein and served herewith, and on the contents of Debtor's Schedules and Statement of Affairs and the following points and authorities:

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 12 of the Bankruptcy Code on August 6, 2010.

Motion to Confirm Chapter 12 Plan (etc.) - 1

2. The Debtor has proposed the Plan which was filed herein. A copy of the Plan is being served with the Notice of this Motion.

3. 11 U.S.C. § 1225 provides that the Court "shall confirm a plan" if it meets the requirements contained therein. Debtor believes that the Plan fulfills the requirements of Section 1222 and 1225.

WHEREFORE, Debtor requests that Debtor's Chapter 12 Plan be confirmed.

Date: 9/27/2010     LAW OFFICES OF PETER L. FEAR

By:  /s/ Peter L. Fear
     Peter L. Fear