Filed 12/09/10    Case 10-19022    Doc 34

2010-19022
FILED
December 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003128333

Law Offices of Peter L. Fear
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California 93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for Debtor SAR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SOCHEATH SAR;<br> NAY MENG,<br><br>            Debtor(s).<br><br>Address:<br>1348 W. North Ave.<br>Fresno, CA 93706 | Case No. 10-19022-A-12<br><br>Chapter 12<br><br>D.C. No. PLF-2<br><br>Date:  November 23, 2010<br>Time:  10:00 AM<br>Place:  Dept. A, Ctrm. 11, 5th Floor<br>         United States Courthouse<br>         2500 Tulare St., Fresno, California<br>Judge: Hon. Whitney Rimel |

**ORDER CONFIRMING CHAPTER 12 PLAN**

The hearing to consider confirmation of the Chapter 12 Plan of Debtors was held at the above-noted time and place. Peter L. Fear appeared on behalf of Debtors, and M. Nelson Enmark, Chapter 12 Trustee, appeared.

The Court after consideration of the Plan, the arguments of counsel, other evidence submitted, and the records and files in this Chapter 12 case, has determined that the Plan may be confirmed.

RECEIVED
December 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003128333

NOW, THEREFORE, the Court, being in all things duly advised and good cause appearing therefore, hereby ORDERS THAT:

1. <u>Confirmation</u>. The Chapter 12 Plan filed in this case on September 28, 2010 is confirmed.

2. <u>Executory Contracts</u>. Those Executory Contracts listed by Debtor in the Plan are deemed assumed, there being no cure required in connection therewith. Except as otherwise provided herein, the Debtor's rejection of all unexpired leases and executory contracts which have not been assumed or rejected prior to the date of entry of this Order except as provided in the Plan or by this Order is hereby approved.

**IT IS SO ORDERED**

Dated:

Dec 09, 2010

_____
United States Bankruptcy Judge