Filed 12/09/10    Case 10-19022    Doc 35

2010-19022
FILED
December 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003128529

Law Offices of Peter L. Fear
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California 93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for Debtor SAR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SOCHEATH SAR, and<br>NAY MENG<br><br>           Debtor(s). | Case No. 10-19022-A-12<br><br>Chapter 12<br><br>D.C. No. PLF-1<br><br>Date:   November 23, 2010<br>Time:   10:00 AM<br>Place:  Dept. A, Ctrm. 11, 5th Floor<br>        United States Courthouse<br>        2500 Tulare St., Fresno, California<br>Judge:  Hon. Whitney Rimel |

## ORDER GRANTING MOTION TO VALUE COLLATERAL OF CHASE HOME FINANCE AND BANK OF AMERICA, N.A.

The motion of SOCHEATH SAR and NAY MENG, Debtors herein ("Debtors") for an order valuing collateral of Chase Home Finance and Bank of America, N.A. described as real property located at 1348 West North Avenue, Fresno, CA 93706 (the "Motion") came on for hearing on the above date and at the above time and place. Peter L. Fear appeared for Debtors and no other party in interest appeared. The Court finding that notice of the Motion was proper and for other good cause appearing,

Order Granting Motion to Value Collateral (etc.) - 1

RECEIVED
December 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003128529

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion is granted.

2. The value of the real property located at 1348 West North Avenue, Fresno, CA 93706 (the "Property") is determined to be $210,000. The legal description of the Property is as follows:

> THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:
>
> The South 3/4 of the South 1/2 of Lots 125 and 126 of Fresno Colony, in the County of Fresno, State of California, according to the map recorded in Book 2 page 8 of Plats, Fresno County Records.
>
> A.P.N. 328-070-17

3. The secured portion of the claim of Chase Home Finance is, therefore, $210,000. To the extent Chase Home Finance holds a claim greater than $210,000, the remaining balance is an unsecured claim and shall be treated as an unsecured claim under the Plan.

4. The value of the equity in the Property available to satisfy the claim of Bank of America, N.A. is determined to be $0, and the claim of Bank of America, N.A. is completely unsecured and shall be treated as an unsecured claim under the Plan.

Dated:

Dec 09, 2010

_____
United States Bankruptcy Judge

Order Granting Motion to Value Collateral (etc.) - 2